UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:07-cr-110-T-24

LLOYD LEE BROCKINGTON

_____/

**ORDER**

This cause comes before the Court on Petitioner Brockington's Motion for Intervention of Right (Doc. 63). Brockington makes two arguments: (1) Title 18 and Title 21 are unconstitutional; and (2) this Court is not an Article III court. Brockington's Motion (Doc. 63) is baseless both factually and legally and is therefore DENIED.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of May, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Lloyd Lee Brockington