UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:07-cr-110-T-24

LLOYD LEE BROCKINGTON

_____/

**ORDER**

This cause comes before the Court on Petitioner Brockington's Motion for Habeas Corpus Relief (Doc. 64). Brockington makes six arguments: (1) "The Court Lacked Subject Matter Jurisdiction as the United States Did Not Show [It] Owned or Was Ceded the Land"; (2) "The Court Lacked Jurisdiction Where the Indictment Failed to Establish Jurisdiction and a Commerce Nexus"; (3) "Title 18 and Title 21 Were Never Properly Ratified or Enacted by Congress[,] Thus They Are Not Positive Law and [Are] Unconstitutional"; (4) "There Were Only Two Article III Court[s] Established[,] Thus This Court Is Without Judicial Power to Settle Criminal Matters"; (5) "[The] Grand Jury Seated Consisted of Citizens Outside [the] Territorial Composition of Where Article III Jurors Are to Be Drawn"; and (6) "The Constitution Only Authorizes the Federal Government to Set the Penalty for Three Crimes." (Doc. 64.)

All of these arguments are without merit; therefore, Brockington's Motion for Habeas Corpus Relief (Doc. 64) is DENIED.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of May, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Lloyd Lee Brockington