UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LLOYD LEE BROCKINGTON

v.  Case No. 8:07-cr-110-T-24

UNITED STATES OF AMERICA

_____/

**ORDER**

This cause comes before the Court on Petitioner's Motion for Reconsideration (Doc. 69). Petitioner asks the Court to reconsider its Orders denying his motion for intervention of right (Doc. 67) and denying his motion for habeas corpus relief (Doc. 68).

There are three major grounds justifying reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or to prevent manifest injustice. Sussman v. Salem, Saxon & Nielsen, P.A., 153 F.R.D. 689, 694 (M.D. Fla. 1994) (citations omitted). Reconsideration of a previous order is an extraordinary remedy to be employed sparingly. See id. (citations omitted).

Upon review of Petitioner's motion, the Court finds that Petitioner has not shown that any of the three major grounds for reconsideration have been met. As such, the Court finds that reconsideration is unwarranted. Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Reconsideration (Doc. 69) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 24th day of May 2010.

Copies to:
Counsel of Record
Pro Se Petitioner

SUSAN C. BUCKLEW
United States District Judge